UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD JACOBS                                                    CIVIL ACTION

VERSUS                                                           NO. 13-6294

WADE RIGDON, ET AL.                                              SECTION "I" (1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Ronald Jacobs, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to their being asserted in the state courts.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Preliminary Injunction[1] is **DENIED**.

New Orleans, Louisiana, this 10th day of August, 2015.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 52